IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Plaintiff,

vs.

RODERICK Q. HICKMAN, et al.,

    Defendants.

Case No. 2:06-cv-00516 JKS DAD P

ORDER

    Plaintiff, former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 28, 2006, the magistrate judge filed amended findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the amended findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the amended findings and recommendations.

    The Court has reviewed the file and adopts the amended findings and recommendations in part.  The Court agrees that Plaintiff has failed to provide specific allegations against Defendants Hickman, Woodford, and Dovey in their capacity as supervisors.  Accordingly, the portion of the findings and recommendations discussing these claims is adopted and the claims against these three Defendants are dismissed with prejudice.

    The magistrate judge also recommended dismissing the balance of the claims as duplicative of *Turner v. Woodford*, 1:05-cv-695 AWI LJO P (E.D. of Cal.).  Although that was true in November 2006 when the findings and recommendations were filed, that is no longer the case.  The aforementioned duplicative case was dismissed for failure to amend as instructed in March 2007.

    As Plaintiff has yet to file a complete application to proceed in forma pauperis or submit the required filing fee, the Court will order Plaintiff to pay the fee or submit a complete application.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The amended findings and recommendations filed November 28, 2006, are adopted in part as noted above;

2. The claims concerning Defendants Hickman, Woodford, and Dovey are dismissed with prejudice for failure to state a claim;

3. Plaintiff shall submit, within thirty days from the date of service of this Order, a complete request to proceed in forma pauperis on the form provided by the Clerk of Court, the appropriate filing fee, or a request to have this action voluntarily dismissed; Plaintiff's failure to comply with this Order will result in the dismissal of this action; and

4. The Clerk of Court is directed to send Plaintiff the appropriate application to proceed in forma pauperis and information concerning payment of the appropriate filing fee.

Dated this the 21st day of February 2008.

                                                /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                United States District Judge

ORDER