IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                             No. CIV S-06-0516 JKS DAD P

    vs.

RODERICK Q. HICKMAN, et al.,

      Defendants.                      ORDER

_____/

        Plaintiff, a former state prisoner, filed a notice of change of address on September 20, 2006, informing the court that he was scheduled for release on parole effective October 12, 2006, and that his new address is a post office box in Dunnigan, California. Nonetheless, due to the court's inadvertence, orders filed after November 28, 2006, were served upon plaintiff at the wrong address.[1] Therefore, the court will direct the Clerk of the Court to re-serve the orders that were served at the wrong address. In addition, the court will grant plaintiff an additional thirty days to file his application to proceed in forma pauperis, the appropriate filing fee, or a request to have this action voluntarily dismissed.

/////

---

[1] The orders were served at Pleasant Valley State Prison.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court shall correct the court's docket to reflect that plaintiff's
3  address of record is: P.O. Box 107, Dunnigan, California 95937;
4  2. The Clerk of the Court shall re-served on plaintiff the orders filed on June 12,
5  2007, February 12, 2008, and February 21, 2008;
6  3. Within thirty days from the service of this order, plaintiff shall file an
7  application requesting leave to proceed in forma pauuperis, the appropriate filing fee, or a request
8  to have this action voluntarily dismissed; and
9  4. The Clerk of the Court is directed to provide plaintiff with the form application
10 to proceed in forma pauperis by a non-prisoner.

11 DATED: May 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
turn0516.eotifp

2