IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,

vs.

RODERICK Q. HICKMAN, et al.,

      Defendants.

Case No. 2:06-cv-00516 JKS DAD P

ORDER

      Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 26, 2008, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations. The magistrate judge recommended this action be dismissed without prejudice because Plaintiff has failed to comply with the Court's instruction to pay the filing fee or file the appropriate documents to proceed in forma pauperis. Docket No. 15. Having reviewed the file and found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, the Court finds dismissal appropriate. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

      Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 26, 2008, are adopted in full;
2. The action is dismissed without prejudice; and
3. The Clerk shall enter judgment accordingly.

Dated this the 28th day of July 2008.

      /s/ James K. Singleton, Jr.
      **JAMES K. SINGLETON, JR.**
      United States District Judge